PD-1089&1090-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/20/2015 2:47:38 PM
Accepted 8/20/2015 2:55:56 PM
ABEL ACOSTA
CLERK

No. _____

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EDUARDO SALINAS,
Petitioner–Appellant

v.

THE STATE OF TEXAS,
Respondent–Appellee

*Petition for Discretionary Review
from the Fifth District Court of Appeals at Dallas
Cause Nos. 05-13-01665-CR and 05-13-01666-CR*

*Appeal from Criminal District Court No. 4
of Dallas County, Texas
Cause Nos. F12-63779-K and F12-63780-K*

## MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW

**Eduardo Salinas,** Appellant below, respectfully submits this Motion for an Extension of Time to File a Petition for Discretionary Review in the above–styled and numbered causes. In support of this Motion, he shows this Honorable Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

## I.

A jury found Appellant guilty of two charges of aggravated assault with a deadly weapon and assessed punishment at fourteen years' imprisonment in each case.

## II.

The Court of Appeals affirmed the trial court's judgment in a memorandum opinion and judgment filed on July 31, 2015. *Salinas v. State*, Nos. 05-13-01665-CR and 05-13-01666-CR, 2015 Tex. App. LEXIS 8104 (Tex. App.—Dallas July 31, 2015) (mem. opinion, not designated for publication). Appellant did not file a motion for rehearing. Appellant's petition for discretionary review is due on or before August 30, 2015. *See* TEX. R. APP. P. 68.2(a); *see also* TEX. R. APP. P. 4.1(a). Any motion for extension of time to file a petition for discretionary review is due on or before September 14, 2015. *See* TEX. R. APP. P. 68.2(c); TEX. R. APP. P. 4.1(a).

## III.

The facts relied upon to show good cause for this requested extension are as follows:

1. Appellant was represented by court appointed counsel during appeal of this case to the Court of Appeals.

2. It is undetermined at this time whether Appellant will proceed pro se for purposes of filing a Petition for Discretionary Review. Additional time is

2

needed for consultation between appellate counsel and Appellant on this issue.

3. If Appellant proceeds pro se, then additional time will be needed to prepare and file the Petition pro se or to seek other legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Honorable Court extend the time for filing a Petition for Discretionary Review for sixty days.

Respectfully submitted,

**Lynn Richardson**
**Chief Public Defender**
**Dallas County**

**Katherine A. Drew**
**Chief, Appellate Division**
Dallas County Public Defender's Office

/s/ *Julie Woods*
**Julie Woods**
**Assistant Public Defender**
Dallas County Public Defender's Office
State Bar Number: 24046173
133 N. Riverfront Blvd., LB 2
Dallas, Texas 75207
(214) 653-3550 *(telephone)*
(214) 653-3539 *(fax)*
Julie.Woods@dallascounty.org

Attorneys for Petitioner

3

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Patricia Poppoff Noble, counsel for the State, Dallas County District Attorney's Office, 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas 75207, by eServe on August 20, 2015.

I further certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Lisa C. McMinn, the State's Prosecuting Attorney, P.O. Box 13046, Capitol Station, Austin, Texas 78711, by eServe on August 20, 2015.

/s/ *Julie Woods*

**Julie Woods**